AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Lisa Hoops

                Plaintiff,

v.

Robert Roth, MD, doing business as
Box Canyon Primary Care

                Defendant.

JUDGMENT FOR ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:15-cv-01421-GMN-CWH

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment for attorney fees is hereby entered in favor of Plaintiff in the amount of $41,300.00.

August 21, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk